IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DINO J. BROCCOLI, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 03-CV-3447 |
| ECHOSTAR COMMUNICATIONS | * | |
| CORP., *et al.*, | * | |
| Defendants. | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants EchoStar Communications Corp., Dish Network Service Corp., and Stacie Andersen, through undersigned counsel and pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully move this Court for an Order granting summary judgment in favor of Defendants and against Plaintiff.  The grounds for this motion are fully set forth in the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion For Summary Judgment with accompanying exhibits, incorporated herein by reference, and the Court's attention is also respectfully directed to Defendants' proposed Order attached hereto.

WHEREFORE, Defendants respectfully request that their Motion for Summary Judgment be granted in its entirety, that summary judgment be granted in favor of Defendants and against Plaintiff as to each and every claim in the First Amended Complaint, that Defendants be awarded their costs in this action, including reasonable attorney fees, and that the Court grant Defendants such other and further relief as it may deem just and appropriate.

Respectfully submitted,


_____/s/_____
Robert R. Niccolini (Fed. Bar No. 24873)


_____/s/_____
Elena D. Marcuss (Fed. Bar. No. 25547)
McGuireWoods LLP
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400

Attorneys for Defendants EchoStar Communications
      Corp., Dish Network Service Corp., and
      Stacie Andersen


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of September, 2004, a copy of Defendants'

Motion for Summary Judgment, the Memorandum of Points and Authorities in Support thereof, and

proposed Order, which were electronically filed in this case on September 17, 2004, were mailed,

first-class, postage prepaid to Counsel for Plaintiff:

      Jerald J. Oppel
      Carla N. Bailey
      Ober, Kaler, Grimes & Shriver, P.C.
      120 E. Baltimore Street
      Baltimore, Maryland  21202.


_____/s/_____
Elena D. Marcuss

LAB\#518023

2